UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY T JOHNSON,

        Plaintiff,

    v.

HOME DEPOT U.S.A. INC.,

        Defendant.

Case No.  25-cv-05266-AGT

**DISCOVERY ORDER**

Re: Dkt. No. 21

Plaintiff Anthony T. Johnson, proceeding without an attorney, seeks copies of CCTV footage from defendant Home Depot U.S.A., Inc. (Home Depot). Dkt 21. Home Depot argues that Johnson's request should be denied. Dkt. 23. The Court now denies Johnson's request for the reasons that follow.

First, Home Depot argues that Johnson did not serve any discovery directed to Home Depot, but instead served discovery directed to three individuals, none of whom are parties to the action. *Id.* at 2. Johnson, however, represents that he sought discovery from Home Depot. Dkt. 21 at 2. Neither party filed copies of Johnson's discovery requests, so the Court declines to rule on this ground.

Next, Home Depot argues that Johnson served his interrogatories on July 28, 2025, prior to the parties' Federal Rule of Civil Procedure 26(f) conference. Dkt. 23 at 2. In fact, it is undisputed that Johnson served his discovery requests on July 28, 2025. Dkt. 21 at 3. The deadline for the parties' Rule 26(f) conference was September 5, 2025. Dkt. 5. Johnson

does not address the Rule 26(f) conference, so Home Depot's claim that it happened on September 5, 2025, dkt. 23 at 2, is also undisputed. Because Johnson served his discovery requests prior to the Rule 26(f) conference, the requests were premature. *See* Fed. R. Civ. P. 26(d)(1) ("A party may not seek discovery from any source before the parties have conferred as required by Rule 26(f) . . . ."). The Court denies Johnson's request for discovery relief on this basis.

Fact discovery remains open in this case until September 18, 2026. Dkt. 18. Should Johnson decide to conduct discovery in this action, he is reminded that resources may be available for unrepresented parties in the Northern District of California, such as Johnson. The Court's website has various resources available, accessible at https://www.cand.uscourts.gov/pro-se-litigants/. Alternatively, self-represented litigants may consult with the JDC Legal Help Center. To schedule an appointment with the Legal Help Center, a pro se litigant may email fedpro@sfbar.org or call 415-782-8982.

This order dispenses with dkt. 21.

**IT IS SO ORDERED.**

Dated: February 19, 2026

Alex G. Tse
United States Magistrate Judge

2